

June 27, 2023

#BWCDMPG
#25087871# BK
US Bankruptcy Court
Western District of Arkansas
United States Courthouse
101 South Jackson Ave Room 205
El Dorado, AR 71730-6133


RE:   Jason D. Clark
       Case #20-71701
       Claim #3

Dear Sir or Madam:

On August 11, 2020, Proof of Claim #3 was filed in the amount of $7,247.66.  Please accept this letter as a formal request to withdraw Proof of Claim #3, to the extent that has not been paid.

If you have questions, please contact us at 800-874-8982.

Thank you in advance for your assistance.

Sincerely,

/s/ Jeanine Peterson
Bankruptcy Administration
Ascendium Education Solutions, Inc.
PO Box 8961
Madison WI  53708-8961
Phone: 800-874-8982
Email:  GA-Bankmail@AscendiumEducation.org


Ascendium Education Solutions, Inc.
38 Buttonwood Court
Madison, Wisconsin 53718
608.733.2500 | ascendiumeducation.org