IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IN RE: JASON DOUGLAS CLARK          CASE NO 1:20-bk-71701
      DEBTOR                                            CHAPTER 13

## MOTION TO AVOID JUDICIAL LIEN

Comes now the Debtor, Jason Douglas Clark, by and through his attorneys, Dickerson Law Firm, P.A., and for his Motion to Avoid Judicial Lien states that:

1. The debtor filed for protection under Chapter 13 of Title 11 of the Bankruptcy Code on July 31, 2020.

2. This is a core proceeding and that the Court has jurisdiction over the parties and this matter.

3. The debtor scheduled real property at 158 Bradley 17 Rd S, Warren, AR 71671 (hereinafter the "Real Property") valued as $49,700.00.

4. Cavalry SPV I, LLC obtained a pre-petition judgment against the debtor in the approximate amount of $7.094.18.

5. The said judgment was entered by the Circuit Court of Bradley County, Arkansas, case number CV-2017-07, and, therefore, creates a judicial lien on the property owned by the debtor in Bradley County Arkansas.

6. The above-described judicial lien impairs the exemptions to which the debtor is or would have been entitled to under 11 U.S.C. § 522(b).

7. Applying the formula set forth in 11 U.S.C. § 522(f), the amount of the lien ($7,094.18) plus the amount of all other liens ($27,088.00) plus the debtor's claimed exemption ($11,306.00) totals $45,488.18. Subtracting the debtor's interest in the property of $24,850.00,

leaves $20,638.18, which is greater or equal to the amount of the lien. Therefore, the entire lien is avoided.

8. The lien shall be avoided and the claim shall be treated as a general unsecured claim to receive the same distribution as all other similar unsecured claims.

WHEREFORE the debtor prays that the Court issue an order avoiding the judicial lien of Cavalry SPV I, LLC and that the claim shall be treated as a general unsecured claim to receive the same distribution as all other similar unsecured claims, together with all other proper relief to which the debtors are entitled.

Respectfully submitted,

Dickerson Law Firm, P.A.
PO Box 6400
Hot Springs, AR 71901
501-321-0808
501-321-2954 fax

By: */s/ Matthew D. Black*
Matthew D. Black

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that copies of the foregoing pleading have been sent via CM/ECF to Jack W. Gooding, Trustee. I, further certify that I have served a copy of the foregoing pleading on all the opposing parties to this action by mailing a copy by first class mail to the following on this 11th day of July 2023:

James Douglas Clark
158 Bradley 17 RD S
Warren, AR 71671

Andrew Zaro CEO
Cavalry SPV I, LLC
7 Skyline Drive, 3rd floor
Hawthorne, NY 10532

Cavalry SPV I, LLC
500 Summit Lake Drive
Suite 400
Valhala, NY 10595-1340

                                            */s/ Matthew D. Black*
                                            Dickerson Law Firm, P.A.