**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

IN RE: JASON DOUGLAS CLARK                    CASE NO:  1:20-bk-71701
        DEBTOR                    CHAPTER 13

**NOTICE OF OPPORTUNITY TO OBJECT TO MOTION AVOID JUDICIAL LEIN**

You are hereby notified that the Debtor has filed the attached Motion.  Objections to the Motion must be filed with the Bankruptcy Court at US Bankruptcy Court Eastern & Western Districts of Arkansas 300 W. 2nd Street Little Rock, Arkansas 72201 in writing within 30 days from the date of this notice, with copies to your Counsel and Jack W. Gooding, Trustee, P.O. Box 8202, Little Rock, Arkansas 72221-8202.

If objections to the Motion are filed, they will be set for hearing by subsequent notice.  If no objections are received, the Motion may be approved without further notice or hearing.

RESPECTFULLY SUBMITTED
DICKERSON LAW FIRM, P.A.
PO BOX 6400
HOT SPRINGS, AR   71902
501-321-0808

July 11, 2023          */s/ Matthew D. Black*
                Matthew D. Black, BAR #2007-259
                ATTORNEY AT LAW

**CERTIFICATE OF MAILING**

I, the undersigned, hereby certify that copies of the foregoing notice and attached motion have been sent via CM/ECF to Jack W. Gooding, Trustee. I further certify that copies of the foregoing notice and attached motion have been mailed by first class mail to:

| | |
|---|---|
| U.S. Attorney (Western District)<br>414 Parker Avenue<br>Fort Smith, AR 72901 | Internal Revenue Service<br>Special Procedure<br>PO Box 7346<br>Philadelphia, PA 19101 |
| U.S. Attorney (Eastern District)<br>PO Box 1229<br>Little Rock, AR  72203 | Jason Douglas Clark<br>158 Bradley 17 RD S<br>Warren, AR 71671 |
| Calvarly SPV I, LLC<br>500 Summit Lake Drive<br>Suite 400<br>Valhala, NY 10595-1340 | Andrew Zaro CEO<br>Cavalry SPV I, LLC<br>7 Skyline Drive, 3rd floor<br>Hawthorne, NY 10532 |

and to all creditors whose names appear on the attached Motion and/or creditor matrix:

*/s/ Matthew D. Black*
Dickerson Law Firm, P.A.