IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**RE: JASON DOUGLAS CLARK**                      **CASE NO. 1:20-bk-71701**

**APPLICATION FOR COMPENSATION FOR ADDITIONAL SERVICES**

The attorney for the debtor hereby represents that the following additional services have been provided and submits this Application for Compensation for Additional Services.

1.   The following additional services have been provided as reflected by the following:

   Pleading: Motion to Avoid Judicial Lien

   Docket No.: 107    Date Filed: 7/11/23    Service Description Number: 3
   (If document not filed with the Court, attach copy of document.)

| Date filed with Court | Description of Service | | Maximum Allowable Fee | |
|---|---|---|---|---|
|  | 1. | Post-Confirmation Amended Plan - Adding Only Unsecured Creditors (Awarded Upon Confirmation of Plan) | $100 |  |
|  | 2. | Post-Confirmation Amended Plan (Awarded Upon Confirmation of Modified Plan) | $375 |  |
| 7/11/23 | 3. | Pre- or Post-Confirmation Lien Avoidance Action (Uncontested/No Trial) | $400 | XX |
|  | 4. | Pre- or Post-Confirmation Lien Avoidance Action (Contested/Trial) | $500 |  |
|  | 5. | Post-Confirmation Letter to Creditor to Cease Collection Efforts, Contacts, Post-Petition Garnishment (With Relevant Documentation Attached) | $50 |  |
|  | 6. | Post-Confirmation Notice of Bankruptcy Filed in Another Court (With Relevant Documentation Attached) | $50 |  |
|  | 7. | Pre- or Post-Confirmation Defense of an IRS or DFA Motion for Relief From Stay to Setoff Refund | $150 |  |
|  | 8. | Post-Confirmation Defense of an IRS or DFA Motion to Compel to File Tax Returns | $100 |  |

| | | | |
|---|---|---|---|
| | 9. | Pre- or Post-Confirmation Defense of a DFA Motion for Strict Compliance for Debtor Engaged in Business | $150 |
| | 10. | Pre- or Post-Confirmation Motion to Assist Debtor in Compliance or Performance of Plan, e.g. Motion to Incur Debt (Personal Property), Abate Plan Payment, Refund/Disbursement (No Trial) | $375 |
| | 11. | Pre- or Post-Confirmation Motion to Assist Debtor in Compliance or Performance of Plan, e.g. Motion to Incur Debt (Personal Property), Abate Plan Payment, Refund/Disbursement (Trial) | $500 |
| | 12. | Pre- or Post-Confirmation Motion to Sell, Refinance, Incur Debt or Modify Loan (Real Property) (No Trial) | $500 |
| | 13. | Pre- or Post-Confirmation Motion to Sell, Refinance, Incur Debt or Modify Loan (Real Property) (Trial) | $650 |
| | 14. | Pre- or Post-Confirmation Objection to Claim (Uncontested; Filed by Debtor's Attorney) | $200 |
| | 15. | Pre- or Post-Confirmation Objection to Claim (Contested; Filed by Debtor's Attorney) | $400 |
| | 16. | Motion for "Hardship Discharge" Pursuant to 11 U.S.C. § 1328(b) (If Funds Available) | $400 |
| | 17. | Pre- or Post-Confirmation Defense of a Motion for Relief from Stay or Creditor's Motion to Dismiss (No Trial and Not Provided as surrendered/Abandoned in Plan) | $300 |
| | 18. | Pre- or Post-Confirmation Defense of a Motion for Relief from Stay or Creditor's Motion to Dismiss (Trial) | $600 |
| | 19. | Pre- or Post-Confirmation Defense of a Trustee's Motion to Dismiss (Other than for failure to amend, submit documentation or file schedules and when fees are not requested under another section of this paragraph, e.g., amended plan or amended schedules) | $100 |

2

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | (No Trial) |  |  |
|  | 20. | Pre- or Post-Confirmation Defense of a Trustee's Motion to Dismiss (Other than for failure to amend, submit documentation or file schedules and when fees are not requested under another section of this paragraph, e.g., amended plan or amended schedules) (Trial) | $300 |  |
|  | 21. | Post-Confirmation Amendment to Schedules C, I & J (Not Part of Modification to Plan or Other Motion) | $200 |  |
|  | 22. | Proof of Claim (With Relevant Documents Attached, Including Security Documents) | $150 |  |
|  | 23. | Pre- or Post-Confirmation Motion to "Reinstate" or Set Aside Dismissal Order (Other Than For Failure to Timely File/Submit Documents or Plan) | $250 |  |
|  | 24. | Post-Confirmation Motion to "Deconsolidate"/Sever Case | $300 |  |

2. The following costs have been incurred with this Application:

| | |
|---|---|
| Actual Costs to Notify _____ Creditors (Not to Exceed $2.25 per Creditor)<br>(Itemize each type of Notice)<br>Notice of _____ dated _____ ( _____ Notices) | $ |
| Actual Costs to Notify ___Creditors by Certified Mail (Not to Exceed $9 per Creditor)<br>(Itemize each type of Notice)<br>Notice of _____ dated _____ ( ____ Notices) | $ |
| Fee to Add/Remove Creditors - Amount Actually Paid<br>Indicate Date and Purpose of Payment: _____ | $ |

3. **This total request is:**

| | |
|---|---|
| **Total Fees Requested** | $400.00 |
| **Total Costs Requested** | $ 00.00 |
| **Total Additional Fees and Costs Requested:** | $400.00 |

No agreement has been made directly or indirectly, and no understanding exists for division of fees between the attorney for the debtor and any other person, firm, or corporation.

Respectfully Submitted
DICKERSON LAW FIRM, P.A.
PO BOX 6400
HOT SPRINGS, AR 71902
501-321-0808

3

7/11/2023                  */s/ Matthew D. Black*
DATE                          Matthew D. Black, Bar No. 2007-259

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that I have served a copy of the foregoing pleading on all the opposing parties to this action by mailing a copy thereof to the following on this 11th day of July, 2023:

Jason Douglas Clark
158 Bradley 17 Rd S
Warren, AR 71671-1820

                                                 */s/ Matthew D. Black*
                                                 Dickerson Law Firm, P.A.

\*\*DEBTORS: MUST NOTIFY THE BANKRUPTCY COURT, 300 W. 2nd STREET LITTLE ROCK, AR 72201 WITHIN 21 DAYS (DATE OF APPLICATION-7/11/2023) OF ANY OBJECTION YOU HAVE TO THE AWARD OF THE FEE.

4

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RE: JASON DOUGLAS CLARK        CASE NO. 1:20-bk-71701

NOTICE OF OPPORTUNITY TO OBJECT TO
APPLICATION FOR ADDITIONAL FEES

   You are hereby notified that your attorney has filed the attached Application for Additional Fees. Objections to Application must be filed with the Bankruptcy Court at US Bankruptcy Court Eastern & Western Districts of Arkansas 300 W. 2nd Street Little Rock, Arkansas 72201 in writing within 21 days from the date of this notice, with copies to your Counsel and Jack W. Gooding Trustee, P.O. Box 8202, Little Rock, Arkansas 72221-8202.

   If objections to the application are filed, they will be set for hearing by subsequent notice. If no objections are received, the application may be approved without further notice or hearing.

            RESPECTFULLY SUBMITTED
            DICKERSON LAW FIRM, P.A.
            PO BOX 6400
            HOT SPRINGS, AR   71902
            501-321-0808

            */s/ Matthew D. Black*
            Matthew D. Black, Bar No. 2007-259
            ATTORNEY AT LAW

July 11, 2023

CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing notice and attached application have been sent via CM/ECF to Jack W. Gooding, Trustee. I further certify that copies of the foregoing notice and application have been mailed by first class mail to the following:

| Jason Douglas Clark & e<br>158 Bradley 17 Rd S<br>Warren, AR 71671-1820 | Internal Revenue Service<br>Special Procedure<br>PO Box 7346<br>Philadelphia, PA 19101 |
|---|---|
| US Attorney (Eastern District)<br>PO Box 1229<br>Little Rock, AR 72203 | US Attorney (Western District)<br>414 Parker Avenue<br>Fort Smith, AR 72901 |

            */s/ Matthew D. Black*
            Dickerson Law Firm, P.A.

5