United States Bankruptcy Court
Western District of Arkansas

In re:  Case No. 20-71701-rdt
Jason Douglas Clark  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0861-1     User: admin     Page 1 of 2
Date Rcvd: Aug 11, 2023     Form ID: pdf08Ac     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jason Douglas Clark, 158 Bradley 17 Rd S, Warren, AR 71671-1820 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: bankruptcy@cavps.com | Aug 11 2023 21:29:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 13, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Holt Short | on behalf of Child Support Creditor State of Arkansas OCSE bankruptcy@ocse.arkansas.gov bankruptcy@ocse.arkansas.gov |
| Jack W. Gooding | noticing@ark13.com |
| John A Singleton | on behalf of Creditor Commercial Bank & Trust Company jasingleton@hashemlawfirm.com |
| Josh Sanford | |

| | | |
|---|---|---|
| District/off: 0861-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 11, 2023 | Form ID: pdf08Ac | Total Noticed: 2 |

on behalf of Debtor Jason Douglas Clark sanfordlawfirm@recap.email

Josh Sanford
    on behalf of Special Counsel Josh Sanford sanfordlawfirm@recap.email

Matthew Dean Black
    on behalf of Debtor Jason Douglas Clark hsecf@dickersonlawfirm.com
    g38253@notify.cincompass.com;black.matthewb123144@notify.bestcase.com

U.S. Trustee (ust)
    USTPRegion13.LR.ECF@usdoj.gov
    Shari.Sherman@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;kent.h.johnson@usdoj.gov

TOTAL: 7

IN THE UNTIED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADODIVISION

IN RE: JASON DOUGLAS CLARK           CASE NO1:20-bk-71701
         DEBTOR                                 CHAPTER 13

### ORDER AVOIDING JUDICIAL LIEN

Now before the Court is the Motion to Avoid Judicial Lien under Section 522(f), filed herein by the debtor. There have been no objections to the debtor's Motion. The Court, being sufficiently advised, finds and ORDERS as follows:

1. The judgment in favor of Cavalry SPV I, LLC entered in the Circuit Court of Bradley County, Arkansas creates a lien that impairs the exemptions that the debtor is entitled to claim in his bankruptcy proceeding.

2. The above-described judicial lien should be, and is therefore, avoided in its entirety pursuant to 11 U.S.C. §522(f).

3. The claim of Cavalry SPV I, LLC shall be treated as a general unsecured claim to receive the same distribution as all other similar unsecured claims.

IT IS SO ORDERED:

_____
THE HONORABLE RICHARD D. TAYLOR
UNITED STATES BANKRUPTCY JUDGE

August 11, 2023
_____
DATE

cc:
Jack W. Gooding, Trustee
Dickerson Law Firm, P.A.
Calvalry SPV I, LLC
Jason D. Clark

EOD: August 11, 2023