IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IN RE: Jason Douglas Clark  CASE NO: 1:20-bk-71701 T

Chapter 13

CHAPTER 13 ORDER OF COMPENSATION
FOR ADDITIONAL SERVICES

Before the court is the Application for Compensation for Additional Services filed by the debtor's counsel, DICKERSON LAW FIRM (ACH), on 07/11/2023, Docket Entry 109, for additional services and/or costs. The court finds that the application should be, and hereby is, approved. The Trustee is directed to pay the amount of $400.00 pursuant to 11 U.S.C. Section 1326.

IT IS SO ORDERED.

Date: 08/12/2023

/s/ Richard D. Taylor
Richard D. Taylor
U.S. Bankruptcy Judge

Approved by:

/s/ Jack W Gooding

Jack W Gooding
Standing Chapter 13 Trustee