United States Bankruptcy Court
Western District of Arkansas

In re:  Case No. 20-71701-rdt
Jason Douglas Clark  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0861-1     User: admin     Page 1 of 2
Date Rcvd: Aug 14, 2023     Form ID: pdf09Ds     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jason Douglas Clark, 158 Bradley 17 Rd S, Warren, AR 71671-1820 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Holt Short | on behalf of Child Support Creditor State of Arkansas OCSE bankruptcy@ocse.arkansas.gov bankruptcy@ocse.arkansas.gov |
| Jack W. Gooding | noticing@ark13.com |
| John A Singleton | on behalf of Creditor Commercial Bank & Trust Company jasingleton@hashemlawfirm.com |
| Josh Sanford | on behalf of Debtor Jason Douglas Clark sanfordlawfirm@recap.email |
| Josh Sanford | on behalf of Special Counsel Josh Sanford sanfordlawfirm@recap.email |
| Matthew Dean Black | on behalf of Debtor Jason Douglas Clark hsecf@dickersonlawfirm.com g38253@notify.cincompass.com;black.matthewb123144@notify.bestcase.com |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov Shari.Sherman@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;kent.h.johnson@usdoj.gov |

District/off: 0861-1 User: admin Page 2 of 2
Date Rcvd: Aug 14, 2023 Form ID: pdf09Ds Total Noticed: 1
TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IN RE: Jason Douglas Clark                                CASE NO:          1:20-bk-71701 T
                                                                            Chapter 13

CHAPTER 13 ORDER OF COMPENSATION
FOR ADDITIONAL SERVICES

Before the court is the Application for Compensation for Additional Services filed by the debtor's counsel, DICKERSON LAW FIRM (ACH), on 07/11/2023, Docket Entry 109, for additional services and/or costs. The court finds that the application should be, and hereby is, approved. The Trustee is directed to pay the amount of $400.00 pursuant to 11 U.S.C. Section 1326.

IT IS SO ORDERED.

Date:  08/12/2023                              /s/  Richard D. Taylor
                                              Richard D. Taylor
                                              U.S. Bankruptcy Judge

Approved by:

/s/  Jack W Gooding

Jack W Gooding
Standing Chapter 13 Trustee

*DMC      / 132 - (GO11-26b)*